JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN WESLEY WILLIAMS, | ) | No. CV 15-8500 PSG (FFM) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION (CDCR), | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 3, 2017

PHILIP S. GUTIERREZ
United States District Judge